# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand and twenty-two,

Vilma Esperanza Castejon-Paz,

Petitioner,

v.

Merrick B. Garland, United States Attorney General,

Respondent.

**ORDER**
Docket Number: 22-6024

A petition for review was filed on January 12, 2022. Petitioner's Form C/A was due January 26, 2022. The case is deemed in default.

IT IS HEREBY ORDERED that the petition will be dismissed effective February 10, 2022 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

