BIA<br>
Morris, IJ<br>
A205 634 743<br>
<br>
BIA<br>
Conroy, IJ<br>
A200 566 004

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 12th day of July, two thousand twenty-three.

Present:
    Reena Raggi,
    Raymond J. Lohier, Jr.,
    Alison J. Nathan,
        *Circuit Judges*.

_____

Vilma Esperanza Castejon-Paz,

    *Petitioner*,

    v.                                   22-6024
                                          NAC

Merrick B. Garland, United States Attorney General,

    *Respondent*.

_____

German Alejandro Cerrato-Barahona,

    *Petitioner*,

    v.                                   22-6349
                                          NAC

Merrick B. Garland, United States Attorney General,

    *Respondent*.

_____

Petitioners seek review of negative reasonable fear determinations by immigration judges ("IJs") following Petitioners' unauthorized reentries after removal. In 22-6349, Respondent made a November 15, 2022 motion to dismiss the petition for lack of jurisdiction. In 22-6024, Respondent made a June 1, 2022 motion to dismiss the petition for lack of jurisdiction. However, on June 23, 2023, Respondent in 22-6024 made a motion to withdraw his motion to dismiss. Upon due consideration, it is hereby ORDERED that Respondent's motion to dismiss in 22-6349 is REFERRED to the merits panel that is assigned to the case after briefing. It is also hereby ORDERED that Respondent's motion to withdraw his motion to dismiss in 22-6024 is GRANTED.

Petitioners are directed to file scheduling notifications within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2. The parties' briefs should address (1) whether *Santos-Zacaria v. Garland*, 143 S. Ct. 1103 (2023), in which the Supreme Court exercised jurisdiction over a decision in withholding-only proceedings, calls into question *Bhaktibhai-Patel v. Garland*, 32 F.4th 180, 190–91 (2d Cir. 2022); and (2) the merits of the IJs' decisions. The parties in 22-6024 are also instructed to brief whether applying the holding of *Bhaktibhai-Patel* to foreclose review of the constitutional claim raised by Castejon-Paz implicates the Supreme Court's holding in *Webster v. Doe*, 486 U.S. 592, 603 (1988) (avoiding "the 'serious constitutional question' that would arise if a federal statute were construed to deny any judicial forum for a colorable constitutional claim").

After briefing the cases will be scheduled on the regular argument calendar. The cases will be heard in tandem subject to the agreement of the merits panel.

                For the Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court