# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand and twenty-four,

_____

Vila Esperanza Castejon-Paz,

      Petitioner,

v.

Merrick B. Garland,

      Respondent.

_____

**ORDER**
Docket Nos. 22-6024

Movant 'America First Legal Foundation' request leave to file an *amicus curiae* brief in support of the respondent and to participate in oral argument.

IT IS HEREBY ORDERED that the motions are GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court