# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-four.

Before:     Michael H. Park,
                  *Circuit Judge.*

_____

Vilma Esperanza Castejon-Paz,

    Petitioner,

v.

Merrick B. Garland, United States Attorney General,

    Respondent.

_____

**ORDER**

Docket No. 22-6024

    Respondent moves to hold this petition for review in abeyance pending the Supreme Court's decision in *Riley v. Garland*, No. 23-1270.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/03/2024